Case 1:15-cr-00095-AJN   Document 2931   Filed 07/24/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Mashud Yoda,

　　　　　　　Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The Court is in receipt of Defendant's letter dated June 7, 2020, which it construes as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 2930. The Government shall respond to Defendant's letter motion by August 5, 2020.

　　The Clerk of Court is hereby directed to mail a copy of this Order to the Defendant.

　　SO ORDERED.

Dated: July 24, 2020
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge