Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        v.

        Docket No. 15-CR-00095-09 (JPC)

Mashud Yoda

On June 12, 2023, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Yoda has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by *Lauren Blackford*
_____
Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Mashud Yoda be granted a one-year reduction in his Supervised Release term with a new maximum expiration date of June 11, 2025.

Date this    25th    day of      March     , 20   25   .

_____
Honorable John P. Cronan
U.S. District Judge